UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marque Gardeley,<br><br>                Petitioner,<br>v.<br><br>State of Nevada, et al.,<br><br>                Respondents. | Case No. 2:22-cv-00223-RFB-DJA<br><br>ORDER |

Petitioner has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The court finds that petitioner can pay the full filing fee of $5.00.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: February 28, 2022

_____
RICHARD F. BOULWARE, II
U.S. District Judge