Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_Kirshbaum@fd.org

*Attorney for Petitioner Marque Gardeley

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley, <br><br> Petitioner, <br><br> v. <br><br> State of Nevada, *et al.*, <br><br> Respondents. | Case No. 2:22-cv-00223-APG-DJA <br><br> **Notice of Conflict** |

On March 28, 2022, this Court entered an order provisionally appointing the office of the Federal Public Defender as counsel for petitioner. ECF No. 7. Counsel respectfully advises this Court that this office cannot undertake representation of the petitioner because it would create a conflict of interest.

Based on the above, the undersigned respectfully requests that this Court appoint substitute counsel, not associated with the office of the Federal Public Defender, to represent petitioner in these proceedings.

Dated April 4, 2022.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/Jonathan M. Kirshbaum*
          Jonathan M. Kirshbaum
          Assistant Federal Public Defender

### ORDER

I hereby order that my prior appointment of the Federal Public Defender is rescinded due to a potential conflict of interest. I hereby direct the CJA Resource Counsel to assign substitute counsel for Marque Gardeley.

IT IS SO ORDERED:

Dated:___April 5, 2022_____

          _____
          ANDREW P. GORDON
          UNITED STATES DISTRICT JUDGE