# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>  Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>  Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 18), and good cause appearing;

I THEREFORE ORDER that Petitioner's unopposed motion for extension of time (first request) (ECF No. 18) is **GRANTED**. Petitioner will have up to and including September 5, 2022, to file an amended petition.

Dated: June 27, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE