# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>                        Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                        Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 20), and good cause appearing;

I THEREFORE ORDER that Petitioner's unopposed motion for extension of time (second request) (ECF No. 20) is **GRANTED**.  Petitioner will have up to and including December 5, 2022, to file an amended petition.

Dated: September 1, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE