# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 25), and good cause appearing;

I THEREFORE ORDER that Petitioner's unopposed motion for extension of time (fourth request) (ECF No. 25) is **GRANTED**. Petitioner will have up to and including June 5, 2023, to file an amended petition.

Dated: March 7, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE