# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>                    Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                    Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Petitioner has filed an unopposed motion for extension of time to file his amended petition. (ECF No. 30.) This is Petitioner's first request for an extension of this deadline with his new counsel. I find good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed motion for extension of time (ECF No. 30) is **GRANTED**. Petitioner will have up to and including October 17, 2023, to file an amended petition.

Dated: August 21, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE