# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>  Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>  Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Petitioner has filed an unopposed motion for extension of time to file his amended petition. (ECF No. 32.) This is Petitioner's second request for an extension of this deadline with his new counsel. I find good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed motion for extension of time (ECF No. 32) is **GRANTED**. Petitioner will have up to and including December 15, 2023, to file an amended petition.

Dated: October 19, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE