# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Marque Gardeley,

          Petitioner,

v.

State of Nevada, et al.,

          Respondents.

Case No. 2:22-cv-00223-APG-DJA

**ORDER**

Counseled Petitioner Marque Gardeley has moved for an extension of time to file his amended petition. ECF No. 43. This is Gardeley's current counsel's fourth request for an extension of this deadline. Respondents do not oppose the motion. *Id.* at 3. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 43] is granted**. Gardeley's amended petition is due on or before March 14, 2024.

Dated: February 14, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE