# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

This is a 28 U.S.C. § 2254 habeas corpus action. On March 15, 2024, I granted two motions for Ms. Jean Schwartzer, Esq. to be released as counsel for Petitioner Marque Gardeley. ECF No. 49. The Court's Criminal Justice Act (CJA) designee has located counsel willing to be appointed to represent Gardeley:

> Nancy Olson, Esq.
> Olson Stein LLP
> 240 Nice Lane, #301
> Newport Beach, CA 92663
> (310) 916-7433
> nolson@olsonstein.com

I THEREFORE ORDER that Nancy Olson, Esq. is appointed to represent Petitioner Marque Gardeley *nunc pro tunc* to March 19, 2024. Ms. Olson will represent Gardeley in these proceedings and in all future proceedings in this Court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

I FURTHER ORDER that Ms. Olson (1) enter a notice of appearance on or before April 5, 2024, (2) contact Ms. Jean Schwartzer on or before April 5, 2024, to obtain her file and any

work in progress related to Gardeley's amended petition, and (3) meet with Gardeley as soon as reasonably possible.

I FURTHER ORDER that Ms. Olson file Gardeley's counseled amended petition on or before June 19, 2024.

I FURTHER ORDER that the remainder of my April 6, 2022, scheduling order, ECF No. 13, remains in effect except for the provision regarding hard copies of exhibits. Hard copies of exhibits shall <u>not</u> be provided.

I FURTHER ORDER that the Clerk of the Court (1) send a copy of this Order to Petitioner Marque Gardeley at Ely State Prison, and (2) electronically provide Ms. Olson a copy of this Order and all other filings in this matter by regenerating the notices of electronic filing.

Dated: March 22, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE