# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Counseled Petitioner Marque Gardeley has filed a *pro se* motion to obtain his case files and transcripts and a *pro se* motion requesting copies of his case file. ECF Nos. 53, 54. These *pro se* filings in this counseled action are fugitive documents. *See* LR IA 11-6.

I THEREFORE ORDER that Petitioner Marque Gardeley's *pro se* motions **[ECF Nos. 53, 54] be stricken** as fugitive documents.

Dated: March 28, 2024

                                                                                      ANDREW P. GORDON
                                                                                      UNITED STATES DISTRICT JUDGE