# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE GARDELEY, | Case No.: 2:22-cv-00223-APG-DJA |
| Petitioner | **Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents | |

I ORDER that counsel Nancy Olson has until May 3, 2024 to associate local counsel as required under Local Rule IA 11-2.

I FURTHER ORDER that the admission fee for the verified petition is WAIVED.

DATED this 3rd day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE