UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Counseled Petitioner Marque Gardeley has filed a *pro se* motion to obtain his case files and transcripts and a *pro se* motion requesting copies of his case file. ECF Nos. 58, 59. These *pro se* filings in this counseled action are fugitive documents. *See* LR IA 11-6.

I THEREFORE ORDER that Petitioner Marque Gardeley's *pro se* motions **[ECF Nos. 58, 59] be stricken** as fugitive documents.

Dated: April 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE