# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Counseled Petitioner Marque Gardeley has moved for an extension of time to file his amended petition. ECF No. 62. This is Gardeley's current counsel's first request for an extension of this deadline. Respondents do not oppose the motion. *Id*. at 3. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 62] is granted**. Gardeley's amended petition is due on or before September 17, 2024.

Dated: May 29, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE