UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

This counseled habeas corpus action is before this Court on *pro se* Petitioner Marque Gardeley's motions to withdraw counsel and for the appointment of counsel. ECF Nos. 68, 69. Gardeley has already been appointed counsel, so the latter motion is moot. The former motion appears to be an exact duplicate of the motions filed by Gardeley on June 5, 2024, and June 18, 2024. ECF Nos. 64, 68. Because the June 5, 2024, and June 18, 2024, motions were already denied, Gardeley's instant motion is denied as moot. Gardeley is highly discouraged from filing this identical motion again.

I THEREFORE ORDER that Gardeley's motions to withdraw counsel and for the appointment of counsel **[ECF Nos. 68, 69] are denied.**

Dated: July 10, 2024

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE