UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

This is a 28 U.S.C. § 2254 counseled habeas corpus petition. On April 6, 2022, I appointed Ms. Jessie Folkestad to represent Petitioner Marque Gardeley. ECF No. 13. On May 16, 2023, Ms. Folkestad moved to withdraw as counsel, explaining that she was moving to another country. ECF No. 27. On May 19, 2023, I appointed Ms. Jean Schwartzer to represent Gardeley. ECF No. 28. Following a breakdown in communication with Ms. Schwartzer, I granted a motion for Ms. Schwartzer to be removed as counsel. ECF No. 49. On March 22, 2024, I appointed Ms. Nancy Olson to represent Gardeley. ECF No. 51. Ms. Olson now moves to be removed as counsel due to a breakdown in communication with Gardeley, explaining that he is refusing to speak with her. ECF No. 71. I find good cause exists to grant the motion to withdraw and to appoint new counsel to represent Gardeley, but I warn Gardeley that (1) this case has been pending for two and a half years, (2) an amended petition has yet to be filed, (3) Gardeley is not entitled to the counsel of his choosing, and (4) if Gardeley is unable to be represented by counsel, he will need to represent himself.

I THEREFORE ORDER that Ms. Nancy Olson's motion to withdraw as counsel **[ECF No. 71] is granted.** Ms. Olson is released as counsel for Petitioner Marque Gardeley. I will enter a separate order appointing new counsel for Gardeley.

I FURTHER ORDER that the current deadline for the filing of Gardeley's amended petition is vacated. I will set a new deadline for the filing of Gardeley's amended petition following the appointment of new counsel for Gardeley.

I FURTHER ORDER that the Clerk of Court (1) send a copy of this Order to Petitioner Marque Gardeley at Ely State Prison and reflect said transmittal either via the notice of electronic filing or on the docket, in a manner consistent with the Clerk's current practice, and (2) send a copy of this order to Ms. Olson.

Dated: July 23, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE