UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>                    Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                    Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

This is a 28 U.S.C. § 2254 habeas corpus action. On July 23, 2024, I granted a motion for Ms. Nancy Olson, Esq. to be released as counsel for Petitioner Marque Gardeley. ECF No. 73. The Court's Criminal Justice Act (CJA) designee has located counsel willing to be appointed to represent Gardeley:

> Jason F. Carr
> Hofland and Tomsheck
> 238 S. 4th Street, First Floor
> Las Vegas, NV 89101
> 702-895-6760
> Email: JasonC@hoflandlaw.com

I THEREFORE ORDER that Jason F. Carr, Esq. is appointed to represent Petitioner Marque Gardeley *nunc pro tunc* to August 13, 2024. Mr. Carr will represent Gardeley in these proceedings and in all future proceedings in this Court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

I FURTHER ORDER that Mr. Carr (1) enter a notice of appearance on or before August 30, 2024, (2) contact Ms. Olson on or before August 30, 2024, to obtain her file and any work in

progress related to Gardeley's amended petition, and (3) meet with Gardeley as soon as reasonably possible.

     I FURTHER ORDER that Mr. Carr file Gardeley's counseled amended petition on or before November 15, 2024.

     I FURTHER ORDER that the remainder of my April 6, 2022, scheduling order, ECF No. 13, remains in effect except for the provision regarding hard copies of exhibits. Hard copies of exhibits shall <u>not</u> be provided.

     I FURTHER ORDER that the Clerk of the Court (1) add Mr. Carr as counsel for Gardeley on the docket, (2) send a copy of this Order to Petitioner Marque Gardeley at Ely State Prison, and (3) electronically provide Mr. Carr a copy of this Order and all other filings in this matter by regenerating the notices of electronic filing.

Dated: August 13, 2024

                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE