UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>             Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>             Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Counseled Petitioner Marque Gardeley has moved for an extension of time to file his amended petition. ECF No. 83. This is Gardeley's current counsel's second request for an extension of this deadline. Respondents do not oppose the motion. *Id*. at 3. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 83] is granted**. Gardeley's amended petition is due on or before April 18, 2025.

Dated: February 20, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE