**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Counseled Petitioner Marque Gardeley has moved for an extension of time to file his amended petition. ECF No. 87. This is Gardeley's current counsel's fourth request for an extension of this deadline. Respondents do not oppose the motion. *Id*. at 2. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 87] is granted**. Gardeley's amended petition is due on or before July 9, 2025.

Dated: June 9, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE