**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Counseled Petitioner Marque Gardeley has moved for a 35-day extension of time to file his amended petition. ECF No. 92. This is Gardeley's current counsel's sixth request for an extension of this deadline. Respondents do not oppose the motion. ECF No. 93. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 92] is granted**. Gardeley's amended petition is due on or before September 19, 2025.

Dated: August 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE