# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>                Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Respondents have filed an unopposed motion for a 15-day extension of time to file their response to Petitioner Marque Gardeley's amended petition. ECF No. 97. This is Respondents' first request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 97] is granted**. Respondents have up to and including January 2, 2026, to file their response.

Dated: December 17, 2025

                                                    ANDREW P. GORDON<br>
                                                    CHIEF UNITED STATES DISTRICT JUDGE