# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>      Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>      Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

  This matter is before this Court on the respondents' Motion to Waive Compliance with Local Rule for Special Proceedings and Appeals (LSR) 3-3(c). ECF No. 98.  In this motion, the respondents seek leave to file the entire state court record, including previously filed exhibits, to provide a more cohesive and manageable single index that the parties and this Court can rely upon. *Id.*  Petitioner Marque Gardeley has filed a non-opposition to the motion. ECF No. 100. LSR 3-3(c) provides that "the petitioner need not re-file his/her exhibits, but may refer to exhibits filed previously in the case" because "[t]he court disfavors the filing of duplicate exhibits."  Given that the previous indices of exhibits that have been filed in this case only contain varying portions of the state court record, I find that good cause exists to grant the respondents' motion, as a comprehensive and chronological index of exhibits will benefit the Court.

  Also before the Court is the respondents' Motion for Leave to File Exhibit Under Seal. ECF No. 109.  The respondents seek leave to file Exhibit 173, Gardeley's Presentence Investigation Report, under seal. ECF No. 111-1.  Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and

its progeny, I find that a compelling need to protect Gardeley's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

I THEREFORE ORDER that the Motion to Waive Compliance with LSR 3-3(c) **[ECF No. 98] is granted.**

I FURTHER ORDER that the Motion for Leave to File Exhibit Under Seal **[ECF No. 109] is granted**. Exhibit 173 [ECF No. 111-1] is considered properly filed under seal.

Dated: January 7, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE