HOFLAND & TOMSHECK
JASON F. CARR
Nevada State Bar No. 06587
228 S. 4th St., 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
JasonC@Hoflandlaw.com

Attorney for Petitioner **Gardeley**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE GARDELEY, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION TO THE STATE'S MOTION TO DISMISS (ECF No. 113)** |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | **(FIRST REQUEST)** |

COMES NOW the Petitioner, Marque Gardeley, by and through counsel of record, Jason F. Carr, hereby files this request extension of time to file an Opposition to the State's Motion to Dismiss (ECF No. 113). Petitioner requests that this Court grant him an extension of time of thirty-five (35) days to file an Amended Petition thereby rendering the Amended Petition due on **Friday, February 20, 2026.**

This motion is unopposed and based upon the attached points and authorities and all pleadings and papers on file herein.

Dated this 16th Day of January, 2026.

Respectfully submitted,

*/s/ Jason F. Carr*
JASON F. CARR, ESQ.
HOFLAND & TOMSHECK

**POINTS AND AUTHORITIES**

1.      On January 2, 2026, the Attorney General for the State of Nevada filed a Motion to Dismiss Petitioner Gardeley's Amended Petition.  (*See* ECF No. 113.)

2.      That counsel for Gardeley has not been able to finalize his Opposition to the Motion to Dismiss due to press of business including, *inter alia*, the need to file a Petition for Rehearing in the Ninth Circuit case of *United States v. McDaniel*, CA No. 24-1824 on January 16, 2026.

3.      That Mr. Gardeley is an active litigant with numerous civil cases pending. At least partly because of his interest in the legal proceedings, it is necessary to meet with Mr. Gardeley before filing an Opposition.  Counsel for Mr. Gardeley is in the process of scheduling a visit to the High Desert State Prison in Indian Springs, Nevada.

4.      That counsel for Mr. Gardeley contacted counsel for the State regarding this request for a continuance of the Opposition to the State's Motion to Dismiss.  The State has graciously agreed to not oppose this request for an extension.  The State's professional courtesy is appreciated.  Mr. Gardeley affirmatively agrees that the State's concession to this Motion for an Extension does not implicate, waive, forfeit, or have any bearing on any other procedural or substantive rights the State enjoys in this litigation.

5.      This is the first request for an extension of the Opposition filed by Petitioner Gardeley.

6.      That this motion is not filed for the purpose of delay but in the interests of justice and Mr. Gardeley.  Counsel respectfully requests that this Court grant the request for an extension of time, to **February 20, 2026**, to file an Opposition to the State's Motion to Dismiss (ECF No. 113).

DATED this 16th Day of January, 2025.

Respectfully submitted,

*/s/ Jason F. Carr, Esq.*
JASON F. CARR, ESQ.

**ORDER ON PETITONER'S REQUEST TO EXTEND TIME FOR FILING**

Based on the representations and request of Petitioner Gardeley, and the lack of Opposition from counsel for the State, this Court **FINDS** good cause to extend the filing date of Petitioner's Opposition to the State's Motion to Dismiss (ECF no. 113) and **ORDERS** that Petitioner Gardeley file an Opposition to the State's Motion to Suppress by February 20, 2026.

_____

CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 20, 2026

4