# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley,<br><br>                Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                Respondents. | Case No. 2:22-cv-00223-APG-DJA<br><br>**ORDER** |

Petitioner Marque Gardeley has filed an unopposed motion for a 7-day extension of time to file his opposition to Respondents' motion to dismiss. ECF No. 118.  This is Gardeley's second request for an extension of this deadline.  I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 118] is granted**.  Gardeley has up to and including February 27, 2026, to file his opposition.

Dated: February 23, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE