# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 125] |
| State of Nevada, | |
| Respondent. | |

Petitioner Marque Gardeley has filed an unopposed motion for a 18-day extension of time to file his supplemental documents in support of his request for an evidentiary hearing on the issue of equitable tolling. ECF No. 125.  This is Gardeley's first request for an extension of this deadline.  I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 125] is granted**.  Gardeley has up to and including June 1, 2026, to file his supplemental documents.

Dated: May 22, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE