HOFLAND & TOMSHECK
JASON F. CARR
Nevada State Bar No. 06587
228 S. 4th St., 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
JasonC@Hoflandlaw.com

Attorney for Petitioner **Gardeley**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARQUE GARDELEY,

        Petitioner,

    v.

STATE OF NEVADA,

        Respondents.

Case No. 2:22-cv-00223-APG-DJA

**ORDER GRANTING**

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE SUPPLEMENTAL DOCUMENTS IN SUPPORT OF EQUITABLE TOLLING  (Second Request)**

COMES NOW the Petitioner, Marque Gardeley, by and through counsel of record, Jason F. Carr, hereby files this request for an extension of time to provide supplemental documents in support of Petitioner Gardeley's request for an evidentiary hearing on the question of equitable tolling. (*See* ECF No. 124.) Petitioner requests that this Court grant him an extension of time of two weeks until June 15, 2026, to complete the process of gathering and turning over information relevant to the equitable tolling inquiry.

This motion is unopposed and based upon the attached points and authorities and all pleadings and papers on file herein.

## POINTS AND AUTHORITIES

1.     On January 2, 2026, the Attorney General for the State of Nevada filed a Motion to Dismiss Petitioner Gardeley's Amended Petition. (*See* ECF No. 113.)

2.     After litigating the matter, the Court determined that Mr. Gardeley untimely filed his pro se 28 U.S.C. § 2254 federal habeas petition. The Court provided Mr. Gardeley time to compile documentation in support of his request for a hearing on equitable tolling. (*See* ECF 124.)

3.     That Petitoner Gardeley filed materials in support of equitable tolling on June 1, 2026, but there is more material that Mr. Gardeley wishes to file.

4.     That before the current June 1, 2026 deadline, counsel scheduled a Sunday morning visit to Nevada Department of Corrections facility High Desert State Prison to consult with him and receive documentation in support of equitable tolling.

2

5.      That, after arriving at the High Desert State facility on the designated Sunday morning, the prison denied entry for the attorney-client visit because of prison conditions and the amount of family visiting on that day.  This is not an unusual occurrence for that facility which is going through many changes including its security level.

6.      That Mr. Gardeley tends to become despondent when the prison denies visitation and takes it as a personal slight.  Because of this, I lost communication with Mr. Gardeley for approximately ten days ending yesterday, June 1, 2026, when Mr. Gardeley reached out to me in response to my letter.  We discussed the prison situation and worked out an arrangement where I could obtain Mr. Gardeley's Declaration that supports his equitable tolling argument.  The relationship between counsel and Petitioner improved.

7.      That counsel will soon receive Mr. Gardeley's further documentation and will file it with this Court forthwith.

8.      This is the second request for an extension of the time this Court provided to secure documentation in support of equitable tolling.

9.    That the undersigned counsel contacted counsel for the State of Nevada who informed him that party does not oppose this request for an extension of time. Counsel for Gardeley is appreciate of this extension of professional courtesy.  The State's lack of objection does not implicate, waive, or impair any other procedural or substantive right that party enjoys.

DATED this 2nd Day of June, 2026.

Respectfully submitted,

*/s/ Jason F. Carr, Esq.*
JASON F. CARR, ESQ.

**ORDER ON PETITONER'S REQUEST TO EXTEND TIME**

Based on the representations and request of Petitioner Gardeley, and the lack of opposition from counsel for the State, this Court **FINDS** good cause to extend the date for Mr. Gardeley to file documentation in support of his request for an equitable tolling evidentiary hearing (ECF No. 124) and **ORDERS** that Petitioner Gardeley file supplemental documentation by **June 15, 2026.**

IT IS SO ORDERED:

Dated:__June 3, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2:22-cv-00223-APG-DJA Gardeley v. State of Nevada, et al

5