**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marque Gardeley, | Case No. 2:22-cv-00223-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| Jeremy Bean, | |
| Respondent. | |

This is a 28 U.S.C. § 2254 counseled habeas corpus matter.  On August 13, 2024, I appointed Jason F. Carr, Esq. to represent Petitioner Marque Gardeley. ECF No. 74.  Gardeley had previously been represented by the following attorneys in this matter: Jessie Folkestad, Jean Schwartzer, and Nancy Olson.  Gardeley has moved for Carr to be removed as his counsel, explaining that there has been a breakdown in their attorney/client relationship.  I am not inclined to appoint a fifth person to represent Gardeley in this matter, especially since (1) this matter has been pending for over four years, and (2) Gardeley has been warned about his excessive requests for new counsel.  However, I direct Carr to file a response to Gardeley's motion.

I THEREFORE ORDER that Gardeley's counsel file a response to the motion (ECF No. 130) on or before June 26, 2026.

Dated: June 5, 2026

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE