**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marque Gardeley,

Petitioner,

v.

State of Nevada,

Respondent.

Case No. 2:22-cv-00223-APG-DJA

**EXTENSION ORDER**

[ECF No. 136]

Respondent has filed an unopposed motion for a 60-day extension of time to file its answer to the first amended petition. ECF No. 136. This is Respondent's first request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 136] is granted**. Respondent has up to and including November 2, 2026, to file its answer.

Dated: September 3, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE