**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marque Gardeley,

Petitioner,

v.

Jeremy Bean,

Respondent.

Case No. 2:22-cv-00223-APG-DJA

**EXTENSION ORDER**

[ECF No. 138]

Respondent has filed an unopposed motion for a 42-day extension of time to file his answer to the first amended petition. ECF No. 138. This is Respondent's second request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 138] is granted**. Respondent has up to and including December 14, 2026, to file his answer.

Dated: November 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE